UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| OEG INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE "MICK" KORUM, an individual; and RICHARD "RICK" MORSE, an individual; NICHOLAS "NICK" KORUM, an individual; ROBERT MICHAEL, an individual; BRANDON GRIMES, an individual; MSM SOLUTIONS, INC., DBA K4 ELECTRICAL & CONTROL SOLUTIONS, a Washington corporation; CHRISTENSON ELECTRIC, INC., an Oregon corporation; SONJA RHEAUME, an individual; ANTHONY "MARK" WALTER, an individual; and, BRIAN DUMAN, an individual;<br><br>    Defendants. | Case No. 3:24-cv-05694-TMC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT LCR 101(C) VERIFICATION AND RECORDS OUT OF TIME** |

It is hereby ORDERED that the Christenson Defendants' Unopposed Motion to Accept LCR 101(c) Verification and Records Out of Time is granted, and that the filing out of time is accepted.

**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT LCR 101(C) VERIFICATION AND RECORDS OUT OF TIME, 3:24-cv-05694-TMC - 1**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1    **DATED** this 12th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
_____
Adam Starr, WSBA No. 45762
AdamStarr@MarkowitzHerbold.com
Stanton R. Gallegos, WSBA No. 53430
StantonGallegos@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

Attorneys for Defendants Christenson Electric, Inc., Brian Duman, Anthony "Mark" Walter, Sonja Rheaume, and MSM Solutions, Inc., DBA K4 Electrical & Control Solutions

**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT LCR 101(C) VERIFICATION AND RECORDS OUT OF TIME,**
3:24-cv-05694-TMC - 2

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085