The Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OEG, INC., an Oregon corporation;,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE "MICK" KORUM, an individual; RICHARD "RICK" MORSE, an individual; NICHOLAS "NICK" KORUM, an individual; ROBERT MICHAEL, an individual; BRANDON GRIMES, an individual; MSM SOLUTIONS, INC., DBA K4 ELECTRICAL & CONTROL SOLUTIONS, a Washington Corporation; CHRISTENSON ELECTRIC, INC., an Oregon Corporation; SONJA RHEAUME, an individual; ANTHONY "MARK" WALTER, an individual; and, BRIAN DUMAN, an individual;<br><br>Defendants. | No. 3:24-cv-05694-TMC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF OEG, INC.'S FIRST AMENDED COMPLAINT** |

It is hereby ORDERED that Defendants George "Mick" Korum, Richard "Rick" Morse, Nicholas "Nick" Korum, Robert Michael, MSM Solutions, Inc., Christenson Electric, Inc., Sonja Rheaume, Anthony "Mark" Walter, and Brian Duman shall answer or otherwise respond to the First Amended Complaint (i) no more than ten days following the Court's adjudication of

//

//

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF OEG, INC.'S FIRST AMENDED COMPLAINT - 1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Plaintiff OEG, Inc.'s forthcoming motion to remand, or (ii) by November 8, 2024, whichever is earlier.

**DATED** this 12th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

| MARKOWITZ HERBOLD PC | ANGELI LAW GROUP LLC |
|---|---|
| s/ Stanton Gallegos | s/Peter D. Hawkes |
| Adam Starr, WSBA No. 45762 | Peter D. Hawkes, WSBA No. 56794 |
| AdamStarr@MarkowitzHerbold.com | peter@angelilaw.com |
| Stanton Gallegos, WSBA No. 53430 | Edward A. Piper, OSB No. 141609 (*pro hac vice forthcoming*) |
| StantonGallegos@MarkowitzHerbold.com | ed@angelilaw.com |
| 1455 SW Broadway, Suite 1900 | 121 SW Morrison Street, Suite 400 |
| Portland, OR 97201 | Portland, Oregon 97204 |
| Telephone: (503) 295-3085 | Telephone: (503) 954-2232 |
| Attorneys for Defendants Christenson Electric, Inc., Brian Duman, Anthony "Mark" Walter, Sonja Rheaume, and MSM Solutions, Inc., DBA K4 Electrical & Control Solutions | Attorneys for Defendants George "Mick" Korum, Richard "Rick" Morse, Nicholas "Nick" Korum, and Robert Michael |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF OEG, INC.'S FIRST AMENDED COMPLAINT - 2

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880