UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| OEG, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br> v.<br><br>GEORGE "MICK" KORUM, an individual; RICHARD "RICK" MORSE, an individual; NICHOLAS "NICK" KORUM, an individual; ROBERT MICHAEL, an individual; BRANDON GRIMES, an individual; MSM SOLUTIONS, INC., DBA K4 ELECTRICAL & CONTROL SOLUTIONS, a Washington corporation; CHRISTENSON ELECTRIC, INC., an Oregon corporation; SONJA RHEAUME, an individual; ANTHONY "MARK" WALTER, an individual; and, BRIAN DUMAN, an individual,<br><br>    Defendants. | Case No. 3:24-cv-05694-TMC<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM A DEADLINE** |

  It is hereby ORDERED that Plaintiff OEG, Inc.'s November 18, 2024 Stipulated Motion for Relief from a Deadline is GRANTED, and that OEG's deadline to respond to Defendants George "Mick" Korum, Richard "Rick" Morse, Nicholas "Nick" Korum, and Robert Michael's Motion to Dismiss and Defendants Christenson Electric, Inc., Sonja Rheaume, Anthony Walter, and Brian Duman, and MSM Solutions, Inc. dba K4 Electrical & Control Solutions' Motion to Dismiss is extended to 10 days after the Court's decision on Plaintiff OEG, Inc.'s Motion to Remand. Any reply papers are to be filed seven days after OEG's opposition is filed.

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM A DEADLINE–1

1 | Dated this 20th day of November, 2024.

*(signature)*
Tiffany M. Cartwright
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM A DEADLINE–2